IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO: 7:11-CV-264-FL

RITA GERMAINE BROWN-BALLOON )
)
)
)
Plaintiff, )
)
v. ) ENTRY OF DEFAULT
)
SECURITAS SECURITY SERVICES, )
INC. )
)
Defendant. )
)

THIS MATTER IS BEFORE THE UNDERSIGNED CLERK on Beneficial Plaintiff's Motion for Entry of Default as to Defendant Securitas Security Services, Inc. filed March 20, 2012.

IT APPEARING that Defendant was served with the Complaint and Summons on January 14, 2012.

IT APPEARING that Defendant is in default for failure to plead or otherwise defend as required by law and Defendant is not in the military services;

NOW THEREFORE, Default is hereby Entered against Defendant Securitas Security Services, Inc.

This the 13th day of April, 2012.

Julie A. Richards
Clerk of U.S. District Court
Eastern District of North Carolina